PALMER ADVERTISING SERVICE, INC., Respondent, *v.*
GRINNELL COMPANY, INC., et al., Defendants, and
VILLAGE OF TARRYTOWN, Appellant.

(Argued June 5, 1936; decided July 8, 1936.)

*John J. Dillon* and *Herbert V. A. Hall* for appellant.
*Manfred W. Ehrich* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.